Supreme Court, New York Special Term. Reported. N. Y. L. J., July 10, 1905.

In the Matter of the Petition of PATRICK W. CULLINAN, as State Commissioner of Excise, for an Order Revoking and Cancelling Liquor Tax Certificate No. 544, Issued to SEBASTIANO DEVITO.

BLANCHARD, J.: I am of opinion that the court has the power under section 1015 of the Code of Civil Procedure to appoint a referee herein to take·proofs of the issues for the information of the court and to report the same, without opinion. Motion granted.